1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10    MILES D. PARKISON,

11                          Plaintiff,              CASE NO.  C05-5488RBL

12          v.                                      ORDER ADOPTING REPORT
                                                    AND RECOMMENDATION
13    PAUL PASTOR, et al.,

14                          Defendants.

15

16

17          This matter is before the Court on the Report and Recommendation of Judge J. KELLEY

18    ARNOLD, United States Magistrate Judge [Dkt. # 7]. The Court has reviewed the report and the

19    underlying record, and does hereby find and ORDER:

20          (1)    The Court ADOPTS the Report and Recommendation [Dkt. # 7];

21          (2)    The Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE; and

22          (3)    The Clerk is directed to send copies of this Order to the plaintiff at his last known address and

23    to defendant's counsel and Magistrate Judge J. KELLEY ARNOLD.

24          DATED this 2nd day of February, 2006.

25

26                                                 RONALD B. LEIGHTON
                                                   UNITED STATES DISTRICT JUDGE
27

28

ORDER
Page - 1